IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THOMAS B. FELTON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Petitioner,

v.

CASE NO. 1D14-3105

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed December 9, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Thomas B. Felton, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition seeking a belated appeal of the order denying motion to correct illegal sentence rendered on August 16, 2012, in Clay County Circuit Court case number 10-2007-CF-1033-AXXX-MA is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

VAN NORTWICK, ROWE, and MAKAR, JJ., CONCUR.